■ INVESTORS SPECIAL RISK INS. Co., Appellant-Respondent, v JOHN SMITH et al., Respondents-Appellants. [617 NYS2d 689] —Order unanimously affirmed without costs. Memorandum: Supreme Court properly denied plaintiff's motion and defendants' cross motion for summary judgment. The proof fails to establish, as a matter of law, whether defendants are liable to pay past-due premiums on the policies issued by plaintiff *(cf., Home Indem. Co. v Castel Constr.,* 128 Misc 2d 1026). Further, defendants did not meet their burden of demonstrating that

plaintiff lacks capacity to maintain this action because of Business Corporation Law § 1312 (a) *(see, Interline Furniture v Hodor Indus. Corp.,* 140 AD2d 307; *Alicanto, S. A. v Woolverton,* 129 AD2d 601; *Von Arx, A. G. v Breitenstein,* 52 AD2d 1049, *affd* 41 NY2d 958).* (Appeals from Order of Supreme Court, Erie County, Wolf, Jr., J.—Summary Judgment.) Present—Green, J. P., Balio, Wesley, Callahan and Boehm, JJ.